# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Qasim Khan Rustami, | No. CV-26-04768-PHX-SPL |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)  Pursuant to General Order 26-09, the Court directed Respondents to show cause why the Petition should not be granted.  In their Response, Respondents state that they "do not oppose Petitioner's request for release at this time." (Doc. 7.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is granted as to his request for release from custody.  The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** that Respondents shall immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within two (2) business days of Petitioner's release.

. . . .

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 17th day of July, 2026.

Honorable Steven P. Logan
United States District Judge